**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
Nicolas Jupillat (SBN 335559)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:   (415) 580-2574
Fax:   (415) 735-3454
Email: silg@ilglegal.com
Email: njupillat@ilglegal.com

Attorneys for Plaintiffs Christopher Sherman, Peter Ruiz, Richard Ancheta, and Michael Raziano

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER SHERMAN, PETER RUIZ, RICHARD ANCHETA, and MICHAEL RAZIANO on behalf of themselves,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-06377 ODW (RAOx)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES AND HEARINGS** |
|---|---|

*Sidebar:* ILG Legal Office, P.C.
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

## NOTICE OF SETTLEMENT

Plaintiffs Christopher Sherman, Peter Ruiz, Richard Ancheta, and Michael Raziano ("Plaintiffs"), and Defendant Albertson's LLC ("Defendant") (hereafter, the Parties), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction to enforce the terms of the settlement agreement in effect between the Parties.

It is estimated that Defendant will fully perform its obligations under the settlement agreement on or around December 24, 2024. Within five court days after said performance, Plaintiffs will file a joint stipulation and supporting declaration for dismissal with prejudice of this action, including any and all claims stated therein against all parties, except for the PAGA Claim (Ninth Claim), which shall be dismissed with prejudice as to the named Plaintiffs only and without prejudice as to any and all other allegedly aggrieved employees.

**Respectfully Submitted,**

Dated: December 3, 2024

**Payne & Fears LLP**

By      /s/ Jonathan A. Arjonilla

_____

Jeffrey K. Brown
Jonathan A. Arjonilla
Ray E. Boggess
Attorneys for Defendant

ILG Legal Office, P.C.

156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080

Tel: (415) 580-2574  Fax: (415) 735-3454

Dated: December 3, 2024          **ILG Legal Office, P.C.**


By     /s/ Nicolas Jupillat

_____
Stephen Noel Ilg
Nicolas Jupillat
Attorneys for Plaintiffs


SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4, I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: December 3, 2024          By: /s/ Nicolas Jupillat

*Sherman, et al. v. Albertson's LLC*
Notice of Settlement and Request to Retain Jurisdiction; [Proposed] Order

ILG Legal Office, P.C.
156 South Spruce Avenue, Unit 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454