JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CHRISTOPHER SHERMAN ET AL., | Case № 2:23-cv-06377-ODW (RAOx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| ALBERTSON'S LLC ET AL., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, (ECF No. 55), and in consideration of the Court's order denying Plaintiffs' motion for class certification, (ECF No. 49), the Court hereby dismisses the above-entitled action. Plaintiffs' individual claims are dismissed with prejudice. The class allegations are dismissed without prejudice. The PAGA claim is dismissed with prejudice as to Plaintiffs only, and without prejudice as to any and all other allegedly aggrieved employees. The parties shall bear their own costs and attorneys' fees. The Court does not retain jurisdiction to enforce the terms of the Settlement Agreement.

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 22, 2025

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE